## The Burton Stock Car Company

*v.*

### Benjamin Barnett *et al.*

*Opinion filed October 19, 1900.*

    This case is controlled by the decision in *Burton Stock Car Co.* v. *Traeger*, (*ante*, p. 9.)

    Appeal from the Circuit Court of Cook county; the Hon. E. F. Dunne, Judge, presiding.

    M. J. Scrafford, and Edward A. Bern, for appellant.

    Julius A. Johnson, County Attorney, and Frank L. Shepard, Assistant County Attorney, for appellees.

    Per Curiam: The questions arising on this record are the same as those presented in *Burton Stock Car Co.* v. *Traeger*, (*ante*, p. 9.) Upon the authority of our decision in the latter case the judgment herein appealed from is affirmed.

*Judgment affirmed.*